IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SUZI HARRIS, nka WEST,<br><br>　　Plaintiff,<br><br>vs.<br><br>ZAFFINOS SPORTS GRILL, and MICHAEL ZAFFINOS,<br><br>　　Defendants. | MEMORANDUM DECISION AND ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND ORDERING FILING OF SUPPORTING AFFIDAVIT<br><br><br>Case No. 2:04-CV-26 TS |

　　This matter is before the Court on Plaintiff's Motion for Default Judgment. Default has been entered against Defendants by the clerk of court.[1] Reviewing the Complaint, it does not state a claim for a sum certain. Accordingly, the Court proceeds under Rule 55(b)(2).[2] Plaintiff's counsel has submitted an Affidavit in support of damages that merely notes the statutory limit for damages and seeks that amount, plus attorney fees. This does

---

[1]Docket No. 4, Default Certificate.

[2]Fed.R.Civ.P. 55.

not meet the requirement for showing the amount of damages under Rule 55(b)(2).

Because this is a Title VII case and Plaintiff is the prevailing party, she shall be awarded attorney fees and costs. Plaintiff's counsel shall file a Bill of Costs regarding such fees and costs.[3]  It is therefore

ORDERED that Plaintiff's Motion for Default Judgment (Docket No. 12) is GRANTED.  It is further

ORDERED that within 20 days of the entry of this Order, Plaintiff shall file an affidavit supporting her claim of damages, including the amount and the basis for such amount.  It is further

ORDERED that Plaintiff shall file any Bill of Costs in accordance with the Local Rules.

September 25, 2006.

BY THE COURT:

_____
Ted Stewart
United States District Judge

---

[3] DUCivR 54-2 (taxation of costs and attorney fees).